UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE NEW YORK TIMES COMPANY,

                         Plaintiff,

-v-

FEDERAL BUREAU OF PRISONS,

                         Defendants.

20 Civ. 833 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court held an initial pretrial conference in this matter today, at which it set the following schedule for the parties' proposed cross-motions for summary judgment:

- Defendant's motion for summary judgment is due June 6, 2020;
- Plaintiff's opposition and cross-motion is due July 27, 2020;
- Defendant's reply and opposition is due August 17, 2020; and
- Plaintiff's reply is due September 7, 2020.

This schedule balances plaintiff and the public's interest in expeditious litigation regarding a topic of public interest with the need of defendant, the Federal Bureau of Prisons, to focus its resources and personnel on emergency issues arising from the COVID-19 pandemic at the present moment.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: April 20, 2020
       New York, New York