UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>                              Plaintiff,<br><br>        -v-<br><br>FEDERAL BUREAU OF PRISONS,<br><br>                              Defendants. | 20 Civ. 833 (PAE)<br><br><u>AMENDED ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

The Court held an initial pretrial conference in this matter today, at which it set the following schedule for the parties' proposed cross-motions for summary judgment:

- Defendant's motion for summary judgment is due June 22, 2020;

- Plaintiff's opposition and cross-motion is due July 27, 2020;

- Defendant's reply and opposition is due August 17, 2020; and

- Plaintiff's reply is due September 7, 2020.

This schedule balances plaintiff and the public's interest in expeditious litigation regarding a topic of public interest with the need of defendant, the Federal Bureau of Prisons, to focus its resources and personnel on emergency issues arising from the COVID-19 pandemic at the present moment.


        SO ORDERED.

                                        Paul A. Engelmayer
                                        Paul A. Engelmayer
                                        United States District Judge


Dated: April 23, 2020
        New York, New York