Attachment 3



U.S. Department of Justice
Federal Bureau of Prisons

*Central Office*
*320 First St., NW*
*Washington, DC  20534*

September 23, 2019

Danielle Ivory
The New York Times
620 Eighth Avenue
New York, NY  10018
danielle.ivory@nytimes.com

Request Number: 2019-05665

Dear Ms. Ivory:

This is in response to the above referenced Freedom of Information Act (FOIA) request, which we received on August 13, 2019.  Specifically, you request various documents regarding inmate Jeffrey Epstein.

After a thorough review of your request, we have determined that any records responsive to your request are categorically exempt from disclosure.  Accordingly, this Office is not required to conduct a search for the requested records.  Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, records are withheld in full from disclosure to you under the following exemptions:

(b)(5) - inter- or intra-agency correspondence which would not be available to a party other than a party in litigation with the agency
(b)(6) - constitutes a clearly unwarranted invasion of personal privacy
(b)(7)(A) - could reasonably be expected to interfere with law enforcement proceedings
(b)(7)(C) - constitutes an unwarranted invasion of personal privacy
(b)(7)(E) - discloses investigative techniques and procedures
(b)(7)(F) - could reasonably be expected to endanger the life or physical safety of any individual

Please note, exemption (b)(7)(A) is a temporary exemption utilized to protect active and on-going law enforcement proceedings.  Because of its temporary nature, you may wish to consider refiling your request for records in the future. Should you chose to refile your request, the status of law enforcement proceedings will be reevaluated and a determination made at that time as to the continued applicability of exemption (b)(7)(A).

If you have questions about this response please feel free to contact me at kchristenson@bop.gov or the Federal Bureau of Prisons' (BOP) FOIA Public Liaison,

Mr. C. Darnell Stroble at (202) 616-7750 or 320 First Street NW, Suite 936, Washington DC 20534 or ogc_efoia@bop.gov.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at (202) 741-5770; toll free at (877) 684-6448; or facsimile at (202) 741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Sixth Floor, 441 G Street NW, Washington, DC 20001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

*[signature: Kara Christenson for]*

Eugene E. Baime
Supervisory Attorney