New York Times v. BOP, 20 Civ. 833 (SDNY)
Index of Withholdings in Full

| Entry | Page count2 | Description | Status |
|---|---|---|---|
| 1 | 2 | Incident Report of Jeffrey Epstein's July 23, 2019 Apparent Suicide Attempt | Withheld in Full (WIF) under 5 - Deliberative Process Privilege, 7(A); other exemptions applicable in part |
| 2 | 37 | Psychological Reconstruction of Inmate Death | WIF under 5- Deliberative Process Privilege, 7(A), 7(E); other exemptions applicable in part |
| 3 | 23 | Overtime Logs for MCC, 07/22/19-07/23/19 | WIF under 7(A); other exemptions applicable in part |
| 4 | 23 | Overtime Logs for MCC, 08/09/19-08/10/19 | WIF under 7(A); other exemptions applicable in part |
| 5 | 8 | MCC Daily Assignment Roster for 07/22/19 | WIF under 7(A), except for one page released in part; other exemptions applicable in part |
| 6 | 7 | MCC Daily Assignment Roster for 07/23/19 | WIF under 7(A), except for one page released in part; other exemptions applicable in part |
| 7 | 9 | MCC Daily Assignment Roster for 08/09/19 | WIF under 7(A), except for one page released in part; other exemptions applicable in part |
| 8 | 10 | MCC Daily Assignment Roster for 08/10/19 | WIF under 7(A), except for one page released in part; other exemptions applicable in part |
| 9 | 5 | Inmate Investigative Report | WIF under 7(A), 7(E); other exemptions applicable in part |
| 10 | 4 | MCC New York Updates | WIF under 7(A), 7(E); other exemptions applicable in part |

| | | | |
|---|---|---|---|
| 11 | 2 | Draft Letters | WIF under 5 - Deliberative Process Privilege; other exemptions applicable in part |
| 12 | 129 | Responses to Psychological Reconstruction of Inmate Death | WIF under 5 - Deliberative Process Privilege, 7(A), 7(E); other exemptions applicable, in part |
| 13 | 2 | Letter to Warden dated August 14, 2019 | WIF under 7(A), 7(E); other exemptions applicable, in part |
| 14 | 16 | Photo Sheet from 07/23/19 Apparent Suicide Attempt | WIF under 7(A); other exemptions applicable in part |
| 15 | 7 | Memo and Report from 07/23/19 Apparent Suicide Attempt (Form 583) | WIF under 7(A), 7(E); other exemptions applicable, in part |
| 16 | 2 | Photo Sheet from 07/23 Apparent Suicide Attempt | WIF under 7(A); other exemptions applicable in part |
| 17 | 1 | Chain of Custody Form from 07/23 Apparent Suicide Attempt | WIF under 7(A), 7(E); other exemptions applicable, in part |
| 18 | 4 | Reports of 07/23 Apparent Suicide Attempt | WIF under 7(A), 7(E); other exemptions applicable, in part |
| 19 | 48 | Psychological records of Epstein | WIF under 7(A); other exemptions applicable in part |
| 20 | 18 | Memo and Report from 08/10 Suicide (Form 583) | WIF under 7(A); other exemptions applicable in part |
| 21 | 1 | Memo from Unit Manager dated 08/10/19 | WIF under 7(A); other exemptions applicable in part |
| 22 | 28 | Count Documents (e.g., Watch Calls, Body Alarm Records, SHU Lists) | WIF under 7(A); other exemptions applicable in part |
| 23 | 145 | Count Documents (30 Minute Check Sheets) | WIF under 7(A); other exemptions applicable in part |
| 24 | 181 | Count Documents (e.g., Count Slips, Rosters, Out-Count Forms) | WIF under 7(A); other exemptions applicable in part |
| 25 | 20 | Investigative Documents from Suicide (e.g., Chain of Custody Forms) | WIF under 7(A); other exemptions applicable in part |

| 26 | 1 | Attorney Room Visitor Log dated 07/21/2019 | WIF under 7(A); other exemptions applicable in part |
|---|---|---|---|
| 27 | 3 | Investigative Documents from Suicide | WIF under 7(A); other exemptions applicable in part |
| 28 | 4 | 08/10/2020 TRUINTEL Reports (including email) | WIF under 7(A); other exemptions applicable in part |
| 29 | 1 | Memo to Warden dated 08/13/2019 | WIF under 7(A); other exemptions applicable in part |
| 30 | 24 | Count Documents | WIF under 7(A); other exemptions applicable in part |
| 31 | 5 | Investigative Documents from Suicide | WIF under 7(A); other exemptions applicable in part |
| 32 | 8 | TRUINTEL Reports (8/9/19-8/10/19) | WIF under 7(A); other exemptions applicable in part |
| 33 | 5 | Count Documents (e.g., 30 Minute Check Sheets) | WIF under 7(A); other exemptions applicable in part |
| 34 | 4 | SHU Records | WIF under 7(A); other exemptions applicable in part |
| 35 | 46 | Photo Sheets from 08/10/19 Suicide | WIF under 7(A); other exemptions applicable in part |
| 36 | 14 | Photo Sheets from 07/23/19 Apparent Suicide Attempt | WIF under 7(A), 7(E); other exemptions applicable, in part |
| 37 | 3 | Count Documents (Inmate Assignment Charts -August 2019) | WIF under 7(A); other exemptions applicable in part |
| 38 | 27 | SHU Weekly Review (08/08/2019) | WIF under 7(A); other exemptions applicable in part |
| 39 | 1 | Cop Out Note | WIF under 7(A); other exemptions applicable in part |
| 40 | 2 | SHU Computer Screenshots | WIF under 7(A); other exemptions applicable in part |
| 41 | 4 | Psychological Reconstruction Responses | WIF under 7(A); other exemptions applicable in part |
| 42 | 1 | SHU Computer Screenshots | WIF under 7(A); other exemptions applicable in part |

| | | | |
|---|---|---|---|
| 43 | 4 | 24-hour death report and death notification (including email) | WIF under 7(A); other exemptions applicable in part |
| 44 | 13 | Office of Chief Medical Examiner Documents | WIF under 7(A); other exemptions applicable in part |
| 45 | 40 | Psych Observation Logs | WIF under 7(A); other exemptions applicable in part |
| 46 | 16 | Suicide Watch Logs (including one SENTRY page) | WIF under 7(A); other exemptions applicable in part |
| 47 | 1 | SHU Computer Screenshots | WIF under 7(A); other exemptions applicable in part |
| 48 | 1 | Memo dated 08/12/2019 | WIF under 7(A); other exemptions applicable in part |
| 49 | 7 | Lieutenant's Log (08/09-08/10) | WIF under 7(A); other exemptions applicable in part |
| 50 | 1 | Scan of sign | WIF under 7(A); other exemptions applicable in part |
| 51 | 2 | Memo dated 08/10/2019 | WIF under 7(A); other exemptions applicable in part |
| 52 | Approximately 986 | Emails pertaining to Epstein's July 23, 2019 apparent suicide attempt, Epstein's mental health, and Epstein's incarceration prior to his suicide. | WIF under 7(A); other exemptions applicable in part |
| 53 | Approximately 1,162 | Emails relating to Epstein's death, investigations into Epstein's death, the circumstances of his suicide, and the Bureau of Prisons's response to Epstein's death | WIF under 7(A); other exemptions applicable in part |
| 54 | 56 | Emails between BOP Employees and Assistant United States Attorneys in the United State's Attorneys Office for the Southern District of New York | WIF under 5 - Attorney-Client Privilege; other exemptions applicable in part |