UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>                                    Plaintiff,<br>                -v-<br><br>FEDERAL BUREAU OF PRISONS,<br><br>                                    Defendant. | 20 Civ. 833 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

       The Court will hold oral argument in this case on **Friday, April 9, 2021, at 4:00 p.m.**, on the parties' pending cross-motions for summary judgment.  This argument will be held telephonically.  The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

       SO ORDERED.

                                                                        PAUL A. ENGELMAYER
                                                                       United States District Judge

Dated: March 15, 2021
        New York, New York