

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

April 14, 2021

**By ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *The New York Times Co. v. Federal Bureau of Prisons*, 20 Civ. 833 (PAE)

Dear Judge Engelmayer:

This Office represents defendant the Federal Bureau of Prisons ("BOP") in this Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, action brought by plaintiff the New York Times Company (the "Times") seeking the release of certain records related to Jeffrey Epstein. I write respectfully pursuant to Rule 4.B.2 of the Court's Individual Rules and Practices in Civil Cases to seek leave to file under seal and *ex parte* a letter to the Court, which will be filed contemporaneously with this public letter on ECF and electronically related to it. As set out in greater detail in the letter, the basis for the sealing request is that the letter contains sensitive and confidential information that cannot be described publicly in greater detail without compromising confidentiality.

The Government has conferred with the Times about the filing of the sealed, *ex parte* letter and non-confidential portions of its contents.

Per the contents of the sealed letter, the Government respectfully requests that its filings today satisfy the Court's directions to the parties in its April 13, 2021, Order, Dkt. 45, with the Government to make an initial production for *in camera* review and to submit an additional proposed schedule by April 30, 2021.

I thank the Court for its consideration of this submission.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

Granted.

SO ORDERED.                                  By:   *Steven J. Kochevar*
                                                    Steven J. Kochevar
*Paul A. Engelmayer*                                Assistant United States Attorney
PAUL A. ENGELMAYER                                  300 Quarropas Street
United States District Judge                        White Plains, NY 10007
                                                    Telephone: (914) 993-1928
April 15, 2021                                      Email: steven.kochevar@usdoj.gov