UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY,

                Plaintiff,

      -v-

FEDERAL BUREAU OF PRISONS,

                Defendant.

20 Civ. 833 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      The Court has received an *ex parte* application from defendant the Bureau of Prisons ("BOP"), Dkt. 46, requesting a modification to the Court's April 12, 2021 order that the parties submit, by April 16, 2021, a joint proposed schedule for the production of records for the Court's *in camera* review, Dkt. 45. Plaintiff the New York Times Company (the "Times") does not oppose that application. Accordingly, the Court amends its prior order as follows: The parties need not submit any further proposed schedule by April 16, 2021. Instead, by April 30, 2021, the BOP shall make an initial production of records to the Court, as described in the BOP's *ex parte* letter and discussed on today's *ex parte* teleconference. Also by April 30, 2021, the parties shall submit a proposed joint schedule for the production to the Court of any documents still at issue by May 14, 2021.

      SO ORDERED.

                                      *Paul A. Engelmayer*
                                    PAUL A. ENGELMAYER
                                    United States District Judge

Dated: April 15, 2021
       New York, New York