

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 14, 2021

**By ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *The New York Times Co. v. Federal Bureau of Prisons*, 20 Civ. 833 (PAE)

Dear Judge Engelmayer:

This Office represents defendant the Federal Bureau of Prisons ("BOP") in this Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, action brought by plaintiff the New York Times Company (the "Times") seeking the release of certain records related to Jeffrey Epstein. I write respectfully to request a two-week extension, from July 16, 2021, to July 30, 2021, of the parties' deadline to submit a status report to the Court. This is the Government's second request for an extension of this deadline. *See* ECF No. 61. The Court granted the Government's first request. *See* ECF No. 62. The Times consents to this request.

On July 2, 2021, consistent with its June 23, 2021 letter to the Court, ECF No. 61, the Government made a revised production of records to the Times. Following this production, the parties conferred and have agreed upon a resolution of the present matter. Specifically, the parties have agreed that the Government will make a final production of certain records to the Times within the next two weeks. The Times will review this production, and the parties anticipate that, thereafter, they will be able to report to the Court that no issues remain in dispute or require adjudication by the Court, with the possible exception of fees. The requested extension will allow the Government time to make its final production and for the Times to review the production.

I thank the Court for its consideration of this submission.

Respectfully submitted,
AUDREY STRAUSS
United States Attorney

By:   */s/ Steven J. Kochevar*
Steven J. Kochevar
Assistant United States Attorney
300 Quarropas Street
White Plains, NY 10007
Telephone: (914) 993-1928
Email: steven.kochevar@usdoj.gov