

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 28, 2021

**By ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *The New York Times Co. v. Federal Bureau of Prisons*, 20 Civ. 833 (PAE)

Dear Judge Engelmayer:

    This Office represents defendant the Federal Bureau of Prisons ("BOP") in this Freedom of Information Act ("FOIA") action brought by plaintiff the New York Times Company (the "Times") seeking the release of certain records related to Jeffrey Epstein. I write pursuant to the Court's order to submit a status report to the Court. *See* ECF Nos. 60, 62, 64. Consistent with the Government's July 14, 2021 letter to the Court, ECF No. 63, on July 27, 2021, the Government made a final production to the Times. The Times has reviewed this final production, and the parties agree that no issues remain in dispute or require adjudication by the Court, with the possible exception of fees. The parties accordingly plan to submit to the Court a stipulation and proposed order that dismisses all of Plaintiff's claims in this action, except for any claims for attorneys' fees and costs by Plaintiff under 5 U.S.C. § 552(a)(4)(E). The parties respectfully request that the Court set an August 10, 2021, deadline for the submission of that stipulation. The parties also request that the Court set an October 1, 2021, deadline for any fee application by Plaintiff. The parties request this October deadline so that they have sufficient time to attempt to resolve any fee dispute without need for Court intervention.

    I thank the Court for its consideration of this submission.

Granted. SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge
7/29/21

By:   Respectfully submitted,
AUDREY STRAUSS
United States Attorney
*/s/ Steven J. Kochevar*
Steven J. Kochevar
Assistant United States Attorney
300 Quarropas Street
White Plains, NY 10007
Telephone: (914) 993-1928
Email: steven.kochevar@usdoj.gov